UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00603-MOC-DCK

| | |
|---|---|
| **VERONIKA MARTIN**, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER CONCERNING** |
|  | ) **SECTION 636(c) REFERRAL** |
| **LOMIDZE ALEKSADRE, ET AL.**, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion regarding the parties' consent to the exercise of jurisdiction by a United States Magistrate Judge, submitted in accordance with 28, United States Code, Section 636(c), Rule 73, Federal Rules of Civil Procedure, and Local Civil Rule 73.1.

In accordance with the *Amended Standing Order of Referral* (#2), 3:11mc25 (effective January 1, 2019), the Court has considered reassignment of this matter based on the written consent of the parties. Accordingly, the Clerk of Court is **HEREBY** directed to:

☒ Assign this matter to a United States Magistrate Judge; or

☐ Vacate the Section 636(c) referral in accordance with Rule 73(c) and retain the assignment with the United States District Judge.

Signed: July 13, 2021



Max O. Cogburn Jr.
United States District Judge