IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-603-DCK

| | |
|---|---|
| **VERONIKA MARTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AIA MOVERS, LLC, LOMIDZE ALEKSADRE,** ) | |
| **and DIEGO BULLON VALLEJO,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Thomas E. Williams, filed a Mediation Report (Document No. 20) on February 14, 2022, notifying the Court that the parties reached a settlement on February 11, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 11, 2022**.

**SO ORDERED**.

Signed: February 14, 2022

David C. Keesler
United States Magistrate Judge